L. N. Taylor, Appellant, v. Charles P. Megan, Trustee of Chicago and Northwestern Railway Company, Appellee.

Gen. No. 9,484.

Heard in this court at October term, 1939; opinion filed January 8, 1940; rehearing denied February 6, 1940. Sim T. Mee and Gerald Jones, for appellant; Nelson J. Wilcox, I. C. Belden and Robert L. Bracken, for appellee. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."